**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Victor Lemond WILLIAMS,**
**Defendant–Appellant.**

**No. 13–11006**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

Talal Haffar, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Victor Lemond Williams, El Reno, OK, pro se.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Victor Lemond Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.